■ LOUIS MINTZ, Appellant, v. JOSEPH RAE et al., Respondents.— Motion by appellant for reargument referred to the court that rendered the decision. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur. Motion for reargument denied. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD R. ABAIR, Appellant.— Pursuant to remand of the Court of Appeals (*People* v. *Abair*, 9 N Y 2d 899), the prior orders of this court dismissing the appeal and denying appellant's motions to dispense with printing and to assign counsel, are vacated. Motion to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. Appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. J. Kevin Meneilly, Esq., 227-08 Linden Boulevard, Queens, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE BURRELL, Appellant.— Motion by appellant for reconsideration of his motion to dispense with printing, granted. On reconsideration, original motion granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER J. CHAPMAN, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT CLAYTON, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARTIN COPPERSMITH, Appellant. (D) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM SPRAGUE, Appellant.— [In each action] Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying, without a hearing, appellant's *coram nobis* application. Appellant, therefore, either has in his possession a copy of the original papers to be used in the consideration of this appeal, or has full knowledge of the contents of such papers. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWIN HAGER, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM TURNER, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS UZZOLINO, Appellant.— Motion by Empire State Highway Transportation Association, Inc., for leave to serve and file a brief as *amicus curiæ*, granted. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.